**SIGNED.**



**Dated: April 28, 2008**

_____

**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN J. BANKS, | ) | No. 4:07-bk-01119-JMM |
| | ) | |
| Debtor. | ) | **MEMORANDUM DECISION** |

On or about March 19, 2008, the Debtor filed a motion which asks this court to hold the State of Arizona in contempt of court for deducting, from his inmate account, the sum of $191.67 as payment upon a discharged debt.[1]

The State admits having done so, but explains that its Fiscal Services Unit was unaware of the Debtor's bankruptcy, and therefore, any violation was innocent. Importantly, it has also reversed the setoff, and re-credited said sum to the Debtor's account, after deduction for post-bankruptcy invoices of $63.71. Thus, the Debtor's account has netted $127.96, the extent of the financial harm suffered by the Debtor.

Aside from the knotty legal issues of whether this court has jurisdiction over the State, based on sovereign immunity grounds, the court finds that, by re-crediting the Debtor's account, and thereby curing the prohibited action, the issues raised by the Debtor have been rendered moot. Therefore, it is not necessary to address those issues in this relatively small case, since the disputed action has now been wholly corrected.

---

[1] This amount was set forth in the responsive affidavit of Lynda Wade, and was not contested by the Debtor in his reply.

1  As for the Debtor's additional concern that the State has deprived him of a sweat suit
2  and a religious medallion, this court is without jurisdiction to enter relief relative thereto.  To the
3  extent, however, that it might arguably have such jurisdiction, the court finds and concludes that
4  such issues are *di minimus*[2] and therefore undeserving of judicial relief.

5  For the foregoing reasons, the Debtor's requests will be DENIED.  A separate order
6  will be entered.  FED. R. BANKR. P. 9021.

7  No further motions, for rehearing, reconsideration or the like, will be considered.  If
8  filed, the Clerk is directed to return them to the Debtor, and not docket them.  The Debtor's
9  remaining remedy, if any, is to appeal this matter.  FED. R. BANKR. P. 8001, *et seq*.  He has ten days
10 within with to do so.  FED. R. BANKR. P. 8002.

11 In addition, the Clerk shall expeditiously close this case, it having been fully
12 administered.

13

14 DATED AND SIGNED ABOVE.



15
16
17
18
19
20
21
22
23
24
25
26
27

28  _____
    2  *De minimus non curat lex* is a latin legal phrase which means, "The law does not
    concern itself with trifles."  BLACK'S LAW DICTIONARY 464 (8th ed. 2004).

1 | COPIES served as indicated below
on the date signed above:

2

3 | John J. Banks #56530
Arizona State Prison, Tucson, Manzanita
10002 S. Wilmot

4 | PO Box 24406
Tucson, AZ 85734-4401                                    U.S. Mail

5

6 | Fred W. Stork, Assistant Attorney General
1275 W. Washington Ave.
Phoenix, AZ  85007                                       Email

7

8 | Stanley J. Kartchner, Trustee
7090 N. Oracle Rd., #178-204
Tucson, AZ 85704                                         Email

9

10 | Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706                                  U.S. Mail

11

12

13 | By  /s/  M. B. Thompson
         Judicial Assistant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIGNED

3