**SIGNED.**

Dated: September 29, 2008

_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JOHN J. BANKS, | No. 4-07-bk-01119-JMM |
| Debtor. | **MEMORANDUM DECISION** |

On June 30, 2008, the Debtor filed a contempt motion against the State of Arizona, contending that discharged debts were being collected from his inmate account (Dkt. #59).

On August 14, 2008, the State responded, supporting its opposition by affidavit, legal responses and an accounting. In summary, the State maintained that no deductions had occurred which violated the discharge.[1] (Dkt. #58)

Thereafter, on August 21, 2008, the Debtor filed a reply (Dkt. #63). The arguments made in the reply are unresponsive to the State's specific evidence. To the extent that the Debtor contends that the State's affidavit is "unsigned," the court notes that the State, like all litigants who file electronically, may denote a signature by a "/s/" type indication. This is authorized by the court's local rules.

Therefore, because there is no response, on the merits, to the State's evidence, an order will be entered dismissing the Debtor's petition for contempt.

DATED AND SIGNED ABOVE.

---

[1] Previously, on April 28, 2008, this court ruled that a similar issue had been rendered moot, by the State's reversal of such charges. (*See* Dkts. #43 and #44.)

| | |
|---|---|
| 1 | COPIES to be served by the Bankruptcy Noticing Center ("BNC") upon: |
| 2 | |
| 3 | John J. Banks, Debtor |
| 4 | Terry Fenzl, Office of the Attorney General |
| 5 | Fred W. Stork, Assistant Attorney General |
| 6 | Stanley J. Kartchner, Trustee |
| 7 | Office of the United States Trustee |

